IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JIMMY T. BROWN**                                                                    **PETITIONER**

**V.**                          **NO. 3:20-CV-75-DMB-RP**

**WARDEN JOSH DAVIS**                                              **RESPONDENT**

## ORDER

On June 23, 2020, United States District Judge Neal B. Biggers entered an order consolidating Jimmy T. Brown's pending petition for a writ of habeas corpus in this case with Brown's pending earlier petition for a writ of habeas corpus in 3:18-cv-174, with 3:18-cv-174 as the lead case. Doc. #5. In the interest of judicial economy and efficiency, this case is reassigned to Judge Biggers (with Judge Biggers' consent) for all further proceedings.

**SO ORDERED**, this 19th day of April, 2021.

                                                          /s/Debra M. Brown
                                                          **UNITED STATES DISTRICT JUDGE**